appellant's lien. Appellant's second point is ruled against him.

The judgment is affirmed.

All concur.

STATE of Missouri, Respondent,

v.

Clinton E. WOODROME, Appellant.

No. WD 37879.

Missouri Court of Appeals,
Western District.

Dec. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied March 17, 1987.

STATE of Missouri, Respondent,

v.

Terry D. CHATMAN, Appellant.

No. WD 38183.

Missouri Court of Appeals,
Western District.

Dec. 16, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied March 17, 1987.

Sean O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for attempted burglary in the second degree, in violation of §§ 564.011 and 569.170, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

Sean D. O'Brien, Public Defender, and David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for tampering, first degree, in violation of § 569.080.1(2), RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).